# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHUC LE, TAM NGUYEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DORA GONZALEZ,<br><br>　　　　Defendant. | Case No. 5:17-cv-05290 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:17-cv-04504 BLF, Dora Gonzalez v. Peak Foreclosure Service, Inc., et al.

IT IS SO ORDERED.

Date: September 13, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge